# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | ARDENT CYBER SOLUTIONS, LLC |
| **Case Number:** | 2:20-BK-06722-PS    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 08, 2020 01:30 PM   TELEPHONIC HRGS |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | MARGARET KELLY |
| **Reporter / ECR:** | N/A |

## *Matter:*

U.S. TRUSTEE'S MOTION TO COMPEL DEBTOR TO PROVIDE REQUESTED INFORMATION OR TO CONVERT OR DISMISS CASE

**R / M #:**   51 / 0

## *Appearances:*

ALLAN NEWDELMAN, ATTORNEY FOR ARDENT CYBER SOLUTIONS, LLC
CHRISTOPHER J PATTOCK, ATTORNEY FOR U.S. TRUSTEE
MICHAEL A. JONES, ATTORNEY FOR CITY OF LOS ANGELES

## *Proceedings:*

Mr. Pattock states that the request is for the two items concerning monthly operating reports and the two items regarding the two bank accounts.

Mr. Newdelman states that the Debtor used the incorrect form for reporting but it can be resolved and suggests a continued hearing.

COURT: FOR REASONS STATED ON THE RECORD, IT IS ORDERED SETTING TWENTY ONE DAYS FROM TODAY AS THE DEADLINE FOR THE DEBTOR TO PROVIDE PROOF OF DEBTOR IN POSSESSION BANK ACCOUNT INFORMATION, PROOF OF THE CLOSED PRE-PETITION CHASE BANK ACCOUNT, TO FILE NEW OPERATING REPORTS FOR JUNE AND JULY ON THE PROPER FORMS AND TO BE CURRENT ON THE AUGUST MONTHLY OPERATING REPORT. FAILURE TO PROVIDE ANY OF THE ITEMS LISTED THE TRUSTEE SHALL LODGE AN ORDER CONVERTING CASE.

Mr. Jones states that he has nothing to add.

Case 2:20-bk-06722-PS   Doc 64   Filed 09/08/20   Entered 09/08/20 14:27:36   Desc 2:27:19PM
Main Document    Page 1 of 1