SIGNED.

Dated: October 14, 2022

_____
**Paul Sala, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

ARDENT CYBER SOLUTIONS, LLC
fka AVENTADOR UTILITY SOLUTIONS, LLC,

Debtor.

**Chapter 7**

**Case No.: 2:20-bk-06722-PS**

**REVISED ORDER FOR LEAVE TO DEPOSE PRISONER DAVID WRIGHT**

The Court, after reviewing Eric Haley, the Chapter 7 Trustee's ("Trustee"), *Motion for Relief Pursuant to Rule 56(D) of the Federal Rules of Civil Procedure [Request for Stay Pending Discovery]* [ECF No. 242] ("Motion") and related request for discovery, and having considered the City of Los Angeles's ("City") arguments related to the Motion, does hereby grant leave to the Trustee and the City, as follows:

WHEREAS, DAVID WRIGHT is currently an inmate at Federal Correction Institute, Sheridan, Oregon;

/ / /

/ / /

1

WHEREAS, the Trustee has shown good cause for taking the deposition of Inmate DAVID WRIGHT in the above-captioned matter; and,

WHEREAS, the Trustee has made an adequate showing that Inmate DAVID WRIGHT has percipient knowledge of the events that gave rise to the contested matter pending between the Trustee and City in this bankruptcy case, and the persons and entities involved therein; and,

WHEREAS, the Trustee must secure this Court's Leave to take the deposition testimony of Inmate DAVID WRIGHT; and,

WHEREAS, the taking of deposition testimony from a federal inmate at a Federal Correction Institution is coordinated, scheduled and managed by the Bureau of Prisons, and that the institution's security procedures must be complied with;

WHEREAS, this Order shall be provided to Ben Brieschke, Senior Attorney for the Federal Detention Center, Sea Tac, who will make the arrangements for the deposition of Inmate DAVID WRIGHT;

WHEREFORE, this Court ADJUDGES, DECREES, and ORDERS that:

1. The Trustee and the City have this Court's leave to take the deposition of Inmate DAVID WRIGHT upon notice to Inmate DAVID WRIGHT pursuant to Rule 30 of the Federal Rules of Civil Procedure; and,

2. Prior thereto, the Trustee shall give notice of this Order to Ben Brieschke, Senior Attorney for the Federal Detention Center, Sea Tac and shall coordinate with Mr. Brieschke so that the taking of the deposition testimony of Inmate DAVID WRIGHT by the Trustee and City shall be set and noticed for a time and place that will minimize

disruptions to the orderly operations of the Federal Correction Institute.

**DATED AND SIGNED ABOVE**

IT IS SO ORDERED.

Dated: _____        _____
                                PAUL SALA, BANKRUPTCY JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years of age, and am not a party to the within action; my business address is 9100 Wilshire Boulevard, Suite 725E, Beverly Hills, California 90212; my email address is: sfrancia@gwslegal.com.

On the date hereinbelow specified, I served the foregoing document, described as set forth below on the interested parties in this action by electronically serving true copies thereof addressed as follows:

DATE OF SERVICE          :     October 13, 2022

DOCUMENT/S SERVED   :     **REVISED ORDER FOR LEAVE TO DEPOSE PRISONER DAVID WRIGHT**

PARTIES SERVED           :     **SEE ATTACHED SERVICE LIST.**

XXX  (BY ELECTRONIC MAIL) I caused such document to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached service list.

XXX  (BY E-MAIL SERVICE) I caused such document(s) to be electronically mailed to the electronic notification addresses listed above. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

XXX  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED at County of Los Angeles, California on October 13, 2022.

   _/s/ Selma Francia_
   Selma Francia

# SERVICE LIST

**E-FILED** on October 13, 2022 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** mailed the same date via U.S. Mail to the following recipient on October 14, 2022:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

**COPY** e-mailed the same date to:

Edward K. Bernatavicius
United States Trustee
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003
Edward.k.bernatavicius@usdoj.gov
*U.S. Trustee*

Michael A. Jones, Esq.
Allen Barnes & Jones, PLC
1850 N. Central Avenue, Suite 1150
Phoenix, AZ 85004
mjones@allenbarneslaw.com
*Attorneys for Plaintiff City of Los Angeles*

Adam B. Nach
Stuart Bradley Rodgers
Lane & Nach, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
Adam.nach@lane-nach.com
Stuart.rodgers@lane-nach.com
*Attorneys for Eric M. Haley, Trustee*

# SERVICE LIST
## (Continued)

Diana May Kwok
United States Attorney's Office
312 N. Spring Street, 13th Floor
Los Angeles, CA 90012
Diana.kwok@usdoj.gov
*Attorneys for the Government*

James E. Cross, Esq.
Cross Law Firm, PLC
P.O. Box 45469
Phoenix, AZ 85064
jcross@crosslawaz.com
*Trustee in Paradis' Case*

Allan NewDelman
Allan D. NewDelman PC
80 E. Columbus Avenue
Phoenix, AZ 85012
anewdelman@adnlaw.net
*Attorney for the Debtor*

Cody J. Jess
Scott R. Goldberg
Moyes Sellers & Hendricks
1850 North Central Avenue, Suite 1100
Phoenix, AZ 85004
cjess@law-msh.com
sgoldberg@law-msh.com
*Attorneys for Browne, George, Ross, O'Brien,
Annaguey & Ellis LLP; Maribeth Annaguey;
and Eric George*

# SERVICE LIST
## (Continued)

Guy C. Nicholson, Esq.
Ellis George Cipollone O'Brien Annaguey LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
gnicholson@egcfirm.com
*Attorneys for Plaintiff City of Los Angeles*

Michael N. Feuer, City Attorney
Kathleen A. Kenealy, Chief Deputy City Attorney
Los Angeles City Attorney's Office
221 N. Figueroa Street, Suite 1000
Los Angeles, California 90012
Kathleen.kenealy@lacity.org
*Attorneys for Plaintiff City of Los Angeles*